# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128064

ADAM FLORES and LYNDA FLORES,
     Plaintiffs-Appellants,

v

ATOFINA CHEMICALS, INC.,
     Defendant-Appellee,

and

JOSEPH ALLI, VICTOR PICKERILL and
WILLIAM MALNAR,
     Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128064
COA: 249988
Wayne CC: 02-219532-NZ

     On order of the Court, the application for leave to appeal the January 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

p1024